UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH VOLFMAN,<br><br>                     Plaintiff,<br><br>         -against-<br><br>CINDY LIN-ABCEDE et al.,<br><br>                    Defendants. | 24-cv-947 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    On April 25, 2024, the parties requested a referral to mediation if the case did not settle within 60 days. Dkt. 11. The Court has received no further update on the case. By June 21, 2024, the parties shall advise the Court as to whether the matter has been settled and whether they still want a referral to mediation.

    SO ORDERED.

Dated: June 20, 2024
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                  United States District Judge