UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH VOLFMAN,<br><br>                            Plaintiff,<br><br>      -against-<br><br>CINDY LIN-ABCEDE et al.,<br><br>                           Defendants. | 24-cv-947 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      By **December 23, 2024** at **9:00 AM**, the parties should file a joint letter informing the Court of whether there are issues still to be decided at the hearing currently scheduled for Monday, December 23, 2024 at 2:00 PM.

      SO ORDERED.

Dated: December 20, 2024
          New York, New York

                                                        ARUN SUBRAMANIAN
                                                      United States District Judge