UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH VOLFMAN,

                Plaintiff,

-against-

CINDY LIN-ABCEDE d/b/a/ Urban Backyard et al.,

                Defendants.

24-cv-947 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The parties in this case have executed an agreement settling all claims in this suit. *See* Dkt. 29. The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: February 26, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge